PITTMAN, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(A), Ala.R.App. P.; Fort James Operating Co. v. Stephens, 996 So.2d 833, 839 (Ala.2008); Ex parte St. Regis Corp., 535 So.2d 160, 161-62 (Ala.1988); Charles Israel Chevrolet, Inc. v. Walter E. Heller & Co., 476 So.2d 71, 73 (Ala.1985); Ex parte Humphrey, Lutz & Smith, 380 So.2d 845, 846 (Ala.1980); Gulf States Steel Co. v. Cross, 214 Ala. 155, 106 So. 870 (1926); Lewis G. Reed & Sons, Inc. v. Wimbley, 533 So.2d 628, 630-31 (Ala.Civ.App.1988); Weatherly v. Republic Steel Corp., 391 So.2d 662, 664 (Ala.Civ.App.1980); and Misco, Inc. v. Driver, 50 Ala.App. 256, 260, 278 So.2d 374, 377-78 (Civ.App.1973).
THOMPSON, P.J., and BRYAN and THOMAS, JJ., concur.
MOORE, J., concurs in part and concurs in the result in part, with writing.